ACCEPTED
03-14-00819-cv
4085079
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 9:54:00 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-14-00819-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/10/2015 9:54:00 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS FOR THE THIRD COURT OF APPEALS DISTRICT OF TEXAS, AUSTIN, TEXAS

### JUDY WEIRICH,
**Appellant**

### VS.

### IESI CORPORATION AND SOUTHSIDE WRECKER, INC.,
**Appellees**

### ON APPEAL FROM THE 33RD JUDICIAL DISTRICT COURT OF BLANCO COUNTY, TEXAS
### CAUSE NO. CV07387

## NOTICE OF APPEARANCE OF APPELLATE COUNSEL

TO THE HONORABLE JUSTICES OF THE THIRD COURT OF APPEALS OF THE STATE OF TEXAS, AUSTIN, TEXAS:

NOW COMES IESI CORPORATION ("IESI"), Appellee, and notifies this Honorable Court and all parties hereto that Vaughan E. Waters of the law firm of Thornton, Biechlin, Segrato, Reynolds & Guerra, L.C., 100 N.E. Loop 410, Suite 500, San Antonio, TX 78216 will be representing IESI in the above referenced appeal.

Please direct all future pleadings and correspondence to the undersigned.

Respectfully submitted,

THORNTON, BIECHLIN, SEGRATO,
REYNOLDS & GUERRA, L.C.
100 N.E. Loop 410, Suite 500
San Antonio, TX 78216
Telephone: 210/342-5555
Telecopier: 210/525-0666


By: s/Vaughan E. Waters
      Vaughan E. Waters
      State Bar No. 20916700
      ATTORNEYS FOR IESI
CORPORATION


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to the following this 10th day of February, 2015.

Mr. Zachary P. Hudler        *VIA FACSIMILE TO 830/868-7636*
Zachary P. Hudler, PC
P.O. Box 1728
Johnson City, TX 78636
*Attorneys for Appellant*


Mr. George J. Petras        *VIA FACSIMILE TO 512/334-9709*
The Petras Law Firm
1504 San Antonio St.
Austin, TX 78701
*Attorneys for Southside Wrecker, Inc.*


s/ Vaughan E. Waters
Vaughan E. Waters